<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-6146**

—————

KEVIN H. SLAUGHTER,

Plaintiff - Appellant,

versus

HUTCHINSON, Warden; LIEUTENANT FORD; OFFICER
THOMAS

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-01-1081-AW)

—————

Submitted:  April 18, 2002          Decided:  April 26, 2002

—————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Kevin H. Slaughter, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin H. Slaughter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Slaughter v. Hutchinson, No. CA-01-1081-AW (D. Md. Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED